# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 373 MAL 2015

              Respondent

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

          v.                         :

KELCEY LEE HANN,             :

              Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.